SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 MAR 22 PM 12: 20

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT BERGSTROM,<br><br>Defendant. | 8:17CR 87<br><br>INDICTMENT<br>18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2252(a)(4)(B) |

The Grand Jury charges that

## COUNT I

From on or about May 1, 2016, and continuing through on or about June 30, 2016, in the District of Nebraska and elsewhere, ROBERT BERGSTROM, the defendant, did knowingly receive, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT II

On or about August 16, 2016, in the District of Nebraska, ROBERT BERGSTROM, the defendant, did knowingly possess a matter that contained any visual depiction that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and that was produced using materials which have been mailed and so shipped and transported, by any means including by computer, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

1

A TRUE BILL.

_____
FOREPERSON

_____
ROBERT C. STUART
Acting United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
MICHAEL P. NORRIS
Assistant U.S. Attorney

_____
JESSICA L. URBAN
Trial Attorney